People ex rel. Allen v Yelich (2018 NY Slip Op 08426)

People ex rel. Allen v Yelich

2018 NY Slip Op 08426 [32 NY3d 1144]

December 11, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, February 27, 2019

[*1]

The People of the State of New York ex rel. Erick Allen, Appellant,
v
Bruce Yelich, as Superintendent of Bare Hill Correctional Facility, Respondent.

Argued November 14, 2018; decided December 11, 2018

People ex rel. Allen v Yelich, 159 AD3d 1202, affirmed.

APPEARANCES OF COUNSEL

Karen L. Murtagh, Prisoners' Legal Services of New York, Plattsburgh (Michael E. Cassidy of counsel), for appellant.
Barbara D. Underwood, Attorney General, Albany (Brian D. Ginsberg, Andrea Oser and Victor Paladino of counsel), for respondent.

{**32 NY3d at 1146} OPINION OF THE COURT

Memorandum.
The order of the Appellate Division should be affirmed, without costs. On the record before us, there is no reason to disturb the determination of the Appellate Division that petitioner was not entitled to the relief sought (see Penal Law §§ 70.45 [5] [d]; 70.40 [3] [c]). As petitioner concedes, the Department of Corrections and Community Supervision was not bound by the New Jersey sentencing court's recommendation (see Jake v Herschberger, 173 F3d 1059, 1065 [7th Cir 1999]; Breeden v New Jersey Dept. of Corr., 132 NJ 457, 465, 625 A2d 1125, 1129 [1993]).
Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.
Order affirmed, without costs, in a memorandum.